**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00287-REB-CBS

MARK A. SCHREINER,

      Plaintiff,
v.

CITY OF LOUISVILLE, COLORADO,
LOUISVILLE , CO POLICE DEPT. (LPD),
LPD CHIEF DAVID HAYES,
LPD OFFICER JOSH SUNDBERG,
LPD OFFICER ANTHONY MARTINEZ, and
LPD SGT. JAY LANPHERE,

      Defendants.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Final Judgment is hereby entered.

      Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#41] of Judge Robert E. Blackburn entered on December 23, 2015, it is

      ORDERED that judgment enters on behalf of defendants, the City of Louisville, Colorado; Louisville, CO Police Dept. (LPD); LPD Chief David Hayes; LPD Officer Josy Sundberg; LPD Officer Anthony Martinez; and LPD Sgt. Jay Lanphere, and against plaintiff, Mark A. Schreiner, as follows;

      a. That judgment without prejudice enters as to the First, Third, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, and Eleventh Claims for Relief asserted in the **Complaint** [#3], filed February 11, 2015;

      b. That judgment with prejudice enters as to the Second and Eighth Claims for Relief asserted in the **Complaint** [#3], filed February 11, 2015.

      Dated at Denver, Colorado this 24th day of December, 2015.

                                                 FOR THE COURT:
                                                 JEFFREY P. COLWELL, CLERK

                          By:  s/   K. Finney

                                     K. Finney
                                     Deputy Clerk